UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20581-CR-GAYLES

UNITED STATES OF AMERICA

vs.

HECTOR JULIO JIMENEZ CARABALLO,

Defendant.

_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

On or about November 1, 2021, while on patrol in the Caribbean Sea, His/Her Netherlands Majesty's Ship ("HNLMS") HOLLAND's helicopter detected a go-fast vessel (GFV) approximately 100 nautical miles north of Guarjira, Colombia, in international waters and upon the high seas. The GFV had four individuals on board and contained visible fuel barrels and packages on deck. Suspecting the vessel of drug smuggling, the HNLMS HOLLAND, which was in the area with an embarked United States Law Enforcement Detachment team, was diverted to investigate. A Statement of No Objection for a Right of Visit Boarding was granted.

HNLMS HOLLAND launched a smaller vessel with a United States Boarding Team on board.  Upon arrival, the boarding team obtained positive control of the GFV and its crew without any use of force. The four individuals on board the GFV were later identified as Hector Julio

JIMENEZ CARABALLO, Alberto PEGUERO, Roberto PERALTA IBARRA, and Victor VAZGUE DIAZ.  JIMENEZ CARABALLO made a verbal claim of Dominican nationality for the vessel.  Based on this claim, the Government of the Dominican Republic was contacted and advised they could neither confirm nor deny the nationality of the vessel.  Based on the Government of the Dominican Republic's response, the vessel was treated as one without nationality and therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

The boarding team located a total of nine (9) bales on board the vessel which field tested positive for the presence of cocaine. A total of two-hundred-and-thirty-seven (237) kilograms of cocaine was recovered on board the vessel.  All four individuals, along with the cocaine, were subsequently transferred to the HNLMS HOLLAND.

On November 15, 2021, the USCG brought Hector Julio JIMENEZ CARABALLO, Alberto PEGUERO, Roberto PERALTA IBARRA, and Victor VAZGUE DIAZ to the Southern District of Florida where custody of them was transferred to federal law enforcement officers.

[THIS AREA INTENTIONALLY LEFT BLANK.]

The parties further agree and acknowledge that there is enough of a factual basis for the Court to make a finding that the vessel in this case satisfies Title 46, United States Code, Section 70502(c), which defines a vessel without nationality subject to the jurisdiction of the United States.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: Aug. 11, 2022          By: _____
                                  YVONNE RODRIGUEZ-SCHACK
                                  ASSISTANT UNITED STATES ATTORNEY

Date: 8-11-22                By: _____
                                  HECTOR JULIO JIMENEZ CARABALLO
                                  DEFENDANT

Date: 8/11/22                By: _____
                                  ELIZABETH BLAIR
                                  ATTORNEY FOR DEFENDANT